IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-02505-WDM-MJW

SUE A. MILLER, surviving spouse of David J. Miller, deceased, et al.,

    Plaintiffs,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

    Defendant,

and

ROUSTABOUT SPECIALTIES, INC.

    Intervenor,

and

Civil Action No. 07-cv-01307-WDM-MJW

NATIONAL RAILROAD PASSENGER CORPORATION,

    Plaintiff,

v.

ROUSTABOUT SPECIALTIES, INC.

    Defendant.

## ORDER OF CONSOLIDATION

Miller, J.

    This matter is before the court on my Order to Show Cause (doc no 47), which directed the parties to show cause why these two cases should not be consolidated.

Plaintiffs Sue E. Miller, Lenyce E. Miller, Kariane R. Miller, Jozalyne R. Miller, and Intervenor Roustabout Specialities, Inc. do not oppose consolidation. Defendant National Railroad Passenger Corporation ("Amtrak") does not oppose consolidation for purposes of discovery and pretrial matters, but requests that ruling on consolidation for trial be reserved.

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, cases may be consolidated when they involve common questions of law or fact. Here, I conclude that there is a significant overlap of legal and factual issues and that the interests of justice will be served by consolidating these cases. This order is issued without prejudice to Amtrak to move for a separate trial after completion of discovery and pretrial matters.

Accordingly, it is ordered:

1. Civil Action Nos. 06-cv-02505-WDM-MJW and 07-cv-01307-WDM-MJW are hereby consolidated for all purposes into Civil Action No. 06-cv-02505-WDM-MJW and future filings shall bear that singular caption number.

DATED at Denver, Colorado, on July 25, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge